UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA NEWMAN, *et al*,

        Plaintiffs,

v.                                                                Case No. 21-cv-945

NAZCR TRAC PROPERTY OWNER'S
ASSOCIATION, INC., *et al*,

        Defendants.

## STIPULATION FOR JUDGMENT AGAINST DEFENDANT NAZCR TRAC PROPERTY OWNER'S ASSOCIATION, INC. AND FOR DISMISSAL OF DEFENDANT KEVIN BURT

The Parties to this action, through and by their respective counsel, stipulate and agree to the following:

1. The Parties participated in a mediation session with the Hon. James Sickel on April 25, 2024.

2. The mediation resulted in a settlement agreement with three components:

    (a) Dismiss individual Defendant Kevin Burt from the case with prejudice upon payment of $10,000 to the Davis & Pledl, SC Client Trust Account. That amount includes attorney fees and costs.

    (b) Defendant Nazcr Trac Property Owner's Association, Inc. (the "Association"), will schedule a special meeting seeking approval from the members to levy an assessment of $1350 (payable in two installments of $675) against each membership unit of the Association. This would total $168,750. Upon the levying of the assessments, Plaintiffs will stipulate to the dismissal of their claims against the Association.

1

(c) If the members do not approve the assessment, then a judgment in the amount of $200,000 will be entered against the Association.

3. It took time for Counsel for the Defendants to develop the process by which the Association would conduct the vote referenced in ¶2(b).

4. The Parties reached an agreement on the form of a Settlement Agreement on June 20, 2024.

5. The Settlement Agreement provided that Plaintiffs would approve the form of the Notice of Special Meeting and Consent Resolution that would be sent to Association members to carry out the voting process. Plaintiffs communicated their approval on June 21, 2024.

6. Plaintiffs' Counsel notified the Court on June 27, 2024 that the Association hoped the approval process and membership vote would be completed in July.

7. The Settlement Agreement and Release of All Claims was executed by the Parties with the final signature on July 15, 2024. [A copy is attached.]

8. The Nazcr Trac Association scheduled a meeting for July 16, 2024 to conduct the vote on the assessment option. A meeting was held on that date, and no vote was taken at that time. Instead, a vote was initially scheduled for August 6, 2024, in order to allow time to address numerous questions and concerns from Association members.

9. A payment from Defendant Kevin Burt in the amount of $10,000 was received and placed in the Davis & Pledl SC Client Trust Account.

10. Defendant Burt should be dismissed from this case with prejudice and without attorney fees or costs.

11. The Association meeting subsequently was rescheduled from August 6, 2024 to August 21, 2024.

12. The Association held a meeting on August 21, 2024 and conducted a vote. A quorum of the Association's members (as defined by the Association's by-laws) was present at this meeting, either in person or by proxy, and a motion was made to amend the Association's by-laws to specifically allow the levying of an assessment of $1350 on each Association membership unit. This motion failed to pass by either a two-thirds affirmative vote (as described in the Association's by-laws) or by a majority vote of all members present at the meeting (as described in the aforementioned Consent Resolution).

13. Based upon the failure of the amendment/assessment motion, per the Settlement Agreement and Release of All Claims and pursuant to Federal Rule of Civil Procedure 68(a), a judgment is to be entered against Defendant Nazcr Trac Property Owner's Association, Inc., in the amount of $200,000 including all of Plaintiffs' costs and attorney fees.

14. The total amount of the judgment is to be allocated to each of the individual Plaintiffs as follows: Lisa Newman - $34,000; Michael Newman - $34,000; S.N. - $50,000; E.N. - $50,000; and C.N. - $32,000.

**DAVIS & PLEDL, SC**
*Attorneys for the Plaintiffs*

/s/ Robert Theine Pledl                                   August 29, 2024
_____                          _____
By: Robert Theine Pledl                                   Date
1661 N. Water Street – Suite 410
Milwaukee, WI  53202
Email rtp@davisandpledl.com


**RENNING, LEWIS & LACY, S.C.**
*Attorneys for the Defendants*

/s/ Anthony J. Steffek                                    August 29, 2024
_____                          _____
By: Anthony J. Steffek                                    Date
205 Doty Street – Suite 201
Green Bay, WI  54301
Email asteffek@law-rll.com

4