UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA NEWMAN, *et al*,

                Plaintiffs,

v.                                                       Case No. 21-cv-945

NAZCR TRAC PROPERTY OWNER'S
ASSOCIATION, INC., *et al*,

                Defendants.

## ORDER FOR DISMISSAL OF DEFENDANT KEVIN BURT

    The Court has reviewed the Stipulation for Confession of Judgment against Defendant Nazcr Trac Property Owner's Association, Inc. and for Dismissal of Defendant Kevin Burt which has been executed by Counsel for the Parties; and

    The Parties have stipulated that Defendant Kevin Burt be dismissed from the case pursuant to Rule 41(a)(1)(a)(ii), Fed. R. Civ. Pro., without attorney fees or costs; and

    IT IS HEREBY ORDERED that this action is hereby dismissed as to Defendant Kevin Burt with prejudice and without attorney fees or costs.

    SO ORDERED on _____

                                                           _____
                                                           William C. Griesbach
                                                           United States District Judge