UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LISA NEWMAN, *et al*,

                              Plaintiffs,

    v.                                                               Case No. 21-cv-945

NAZCR TRAC PROPERTY OWNER'S
ASSOCIATION, INC., *et al*,

                              Defendants.

---

## ORDER FOR JUDGMENT AGAINST DEFENDANT NAZCR TRAC PROPERTY OWNER'S ASSOCIATION, INC.

---

The Court has reviewed the Stipulation for Judgment against Defendant Nazcr Trac Property Owner's Association, Inc. and for Dismissal of Defendant Kevin Burt which has been executed by Counsel for the Parties; and

As explained in the Stipulation for Judgment and pursuant to Rule 68(a), Fed. R. Civ. Pro., a judgment is to be entered against Defendant Nazcr Trac Property Owner's Association, Inc., in the total amount of $200,000 including all of the Plaintiffs' costs and attorney fees.

The Stipulation allocates the total amount of the Judgment as follows: (a) Lisa Newman - $34,000; (b) Michael Newman - $34,000; (c) S.N. - $50,000; (d) E.N. - $50,000; and (e) C.N. - $32,000.

IT IS HEREBY ORDERED that Judgment shall be entered against Defendant Nazcr Trac Property Owner's Association, Inc. as follows:

    (a)    For Lisa Newman in the amount of $34,000.
    (b)    For Michael Newman in the amount of $34,000.
    (c)    For S.N. in the amount of $50,000.

(d) For E.N. in the amount of $50,000.
(e) For C.N. in the amount of $32,000.

AND IT IS FURTHER ORDERED that any funds received on behalf of S.N., E.N. or C.N. subsequent to entry of this Judgment are to be deposited or otherwise transferred for their benefit into Wispact Trust I Sub-Accounts which comply with Wis. Stat., §49.454(4) and 42 USC §1396p(d)(4).

SO ORDERED on _____

_____
William C. Griesbach
United States District Judge