UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA NEWMAN, *et al*,

                Plaintiffs,

v.                                                Case No. 21-cv-945

NAZCR TRAC PROPERTY OWNER'S
ASSOCIATION, INC., *et al*,

                Defendants.

## JUDGMENT

    The Court has ordered that Plaintiff Lisa Newman is entitled to a judgment in the amount of $34,000, that Plaintiff Michael Newman is entitled to a judgment in the amount of $34,000, that Plaintiff S.N. is entitled to a judgment in the amount of $50,000, that Plaintiff E.N. is entitled to a judgment in the amount of $50,000 and Plaintiff C.N. is entitled to a judgment in the amount $32,000; with each judgment entered against Defendant Nazcr Trac Property Owner's Association, Inc. The total judgment is $200,000, with post-judgment interest at the rate of _____%, and costs are already included in the judgment amount.

    This action was resolved pursuant to Rule 68(a), Federal Rules of Civil Procedure.

    Date: _____

                                                      CLERK OF COURT

                                                  _____
                                                  *Signature of Clerk or Deputy Clerk*