UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA NEWMAN, MICHAEL NEWMAN.
S.N., E.N., and C.N.,

        Petitioners,

        v.                                Case No. 21-C-945

NAZCR TRAC PROPERTY OWNERS
ASSOCIATION, INC., and KEVIN BURT,

        Respondent.

## ORDER APPROVING STIPULATION AND JUDGMENT

       The parties in the above matter, both represented by counsel, arrived at a settlement in the course of mediating the case with Magistrate Judge James Sickel on April 25, 2024.  The parties have submitted to the Court a stipulation that calls upon the Court to enter Judgment and various orders pursuant to their stipulation.  Just prior to the filing of the Stipulation, the Court received a letter from Michelle Olejniczak, one of the members of the Association.  According to the letter, which was received on August 29, 2024, and will be placed on the docket and made a part of the record, Ms. Olejniczak and other members are opposed to the settlement agreement that was entered into with the attorney of record for the Association and the attorney for the plaintiffs.

       While the Court understands the frustration expressed in Ms. Olejniczak's letter, she is not an attorney and, therefore, may not represent the Association.  *See Georgakis v Illinois State University,* 722 F.3d 1075 (7th Cir. 2005).  (A non-lawyer cannot handle a case on behalf of anyone except himself.)  Since the parties, through their representatives, have arrived at a settlement that has been submitted to the Court, the Court accepts the Stipulation and Order and hereby directs

the Clerk to enter the proposed Judgment and other requested orders. This case is, therefore, terminated. If the Association disagrees with this result, they are free to retain counsel on their own and pursue appropriate relief under Fed. R. Civ. P. 60(b) as may be appropriate. For the reasons set forth, however, the Stipulation is approved and the Clerk is directed to enter Judgment accordingly.

Dated at Green Bay, Wisconsin this 9th day of September, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge