UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA NEWMAN, *et al*,

                Plaintiffs,

v.                                    Case No. 21-cv-945

NAZCR TRAC PROPERTY OWNER'S
ASSOCIATION, INC., *et al*,

                Defendants.

**ORDER FOR TRANSFER OF FUNDS TO SPECIAL NEEDS TRUST**

    Plaintiffs have filed an Unopposed Motion to Modify Order requesting that the Court either modify the Order Approving Stipulation and Judgment entered on September 9, 2024 [Document No. 96] or enter a separate order authorizing the transfer of funds received on behalf of the minor Plaintiffs into special needs trusts.

    The Court finds that it is appropriate to grant relief under Rule 60(a), Fed. R. Civ. P., and to issue a separate order to preserve the minor Plaintiffs' eligibility for Medicaid and other means-tests disability programs. The Order Approving Stipulation and Judgment [Document No. 96] and the Judgment [Document No. 98] remain in full force and effect.

    IT IS HEREBY ORDERED that funds received on behalf of S.N., E.N. and C.N. are to be transferred for their benefit into Wispact Trust I Sub-Accounts which comply with Wis. Stat., §49.454(4) and 42 USC §1396p(d)(4).

    SO ORDERED on _____

                                      _____
                                      William C. Griesbach
                                      United States District Judge