UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

LISA NEWMAN, et al.,

      Plaintiffs,

v.                                    Case No. 21-C-945

NAZCR TRAC PROPERTY OWNERS
ASSOCIATION, INC.,

      Defendant.

___

**ORDER FOR TRANSFER OF FUNDS TO SPECIAL NEEDS TRUST**

___

      Plaintiffs filed an unopposed Motion to Amend/Correct Order Approving Stipulation and Judgment requesting that the court either modify the Order Approving Stipulation and Judgment (Dkt. No. 96) entered on September 9, 2024, or enter a separate order authorizing the transfer of funds received on behalf of the minor Plaintiffs into special needs trusts.

      The court finds that it is appropriate to grant relief under Federal Rule of Civil Procedure 60(a) and to issue a separate order to preserve the minor Plaintiffs' eligibility for Medicaid and other means-tests disability programs. The Order Approving Stipulation and Judgment (Dkt. No. 96) and the Judgment (Dkt. No. 98) remain in full force and effect.

      **IT IS HEREBY ORDERED** that funds received on behalf of S.N., E.N., and C.N. are to be transferred for their benefit into Wispact Trust I Sub-Accounts which comply with Wis. Stat. § 49.454(4) and 42 U.S.C. § 1396p(d)(4).

      Dated at Green Bay, Wisconsin this <u>6th</u> day of December, 2024.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge